# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| SHARON PEPLOWSKI, an individual,<br><br>Plaintiff(s),<br><br>v.<br><br>99 CENTS ONLY STORES LLC, a Foreign Corporation, d/b/a 99 CENTS ONLY STORE #404; WINKLER PROPERTIES, LP, a Foreign Limited Partnership; ALBERTSON'S LLC, a Foreign Limited Liability Company, d/b/a ALBERTSON'S #93; DOE EMPLOYEES I through X; ;and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendant(s). | 2:21-cv-01990-GMN-VCF<br><br>**ORDER** |

Before me is Albertson's motion for leave to amend answer and add third-party complaint (ECF No. 22).

Under LR 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion. No opposition has been filed and the time to file an opposition has passed.

Accordingly, and good cause appearing,

I ORDER that Albertson's motion for leave to amend answer and add third-party complaint (ECF No. 22) is GRANTED. Albertson must file its amended answer and third-party complaint on or before May 20, 2022.

DATED this 11th day of May 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE