# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

SHARON PEPLOWSKI, an Individual,

    Plaintiff(s),

v.

99 CENTS ONLY STORES LLC, a Foreign Corporation, d/b/a 99 CENTS ONLY STORE #404, WINKLER PROPERTIES, LP, a Foreign Limited Partnership, ALBERTSON'S LLC, a Foreign Limited Liability Company, d/b/a ALBERTSON'S #93, BOULDER INVESTCO, LLC, a Foreign Limited Liability Company, MEDOLAC LABORATORIES, a Foreign Public Benefit Corporation, SUPERIOR ELECTRICAL, MECHANICAL AND PLUMBING, INC., a Foreign Corporation, DOE EMPLOYEES I through X, and ROE BUSINESS ENTITIES I through X inclusive,

    Defendant(s).

2:21-cv-01990-GMN-VCF

**ORDER**

    Before me is Plaintiff's request for leave and countermotion to amend complaint (ECF No. 26).

    Under LR 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion. No opposition has been filed and the time to file an opposition has passed.

    Accordingly,

    I HEREBY ORDER that Plaintiff's request for leave and countermotion to amend complaint (ECF No. 26) is GRANTED. Plaintiff must file the amended complaint on or before June 24, 2022.

    DATED this 10th day of June 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE