Jack P. Burden, Esq.
Nevada State Bar No. 6918
Jacquelyn Franco, Esq.
Nevada State Bar No. 13484
**BACKUS | BURDEN**
3050 South Durango Drive
Las Vegas, NV 89117
(702) 872-5555
(702) 872-5545
jburden@backuslaw.com
Attorneys for Defendant,
*Albertson's LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHARON PEPLOWSKI, an individual, | Case No.  2:21-cv-01990-ART-VCF |
| Plaintiff, | |
| vs. | |
| 99 CENTS ONLY STORES LLC, a Foreign Corporation, d/b/a 99 CENTS ONLY STORE #404, WINKLER PROPERTIES, LP, a Foreign Limited Partnership, ALBERTSON'S LLC, a Foreign Limited Liability Company, d/b/a ALBERTSON'S #93, BOULDER INVESTCO, LLC, a Foreign Limited Liability Company, MEDOLAC LABORATORIES, a Foreign Public Benefit Corporation, SUPERIOR ELECTRICAL, MECHANICAL AND PLUMBING, INC., a Foreign Corporation, DOE EMPLOYEES I through X, and ROE BUSINESS ENTITIES I through X inclusive | **MOTION TO REMOVE MELISSA J. ROOSE, ESQ. AS COUNSEL OF RECORD FOR DEFENDANT** |
| Defendants. | |

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that Defendant, ALBERTSON'S LLC, by and through its counsel of record, JACK P. BURDEN, ESQ., JACQUELYN FRANCO, ESQ. and MELISSA J. ROOSE, ESQ. of **BACKUS | BURDEN** hereby provides notice that MELISSA J. ROOSE, ESQ. will no longer be affiliated with the law firm of **BACKUS | BURDEN** after January 20, 2023 and thus will no longer be associated as counsel of record for Defendant in this matter.

As such, Defendant respectfully moves this Honorable Court for an Order removing MELISSA J. ROOSE, ESQ. as counsel of record in this matter with all parties to update their respective service lists, accordingly.

JACK P. BURDEN, ESQ. and JACQUELYN FRANCO, ESQ. will continue to serve as counsel of record for Defendant ALBERTSON'S LLC in this action.

All items including, but not limited to, pleadings, papers, correspondence, documents, and future notices in this action shall continue to be directed to, and served on, JACK P. BURDEN, ESQ. and JACQUELYN FRANCO, ESQ. as counsel of record for Defendant.

Dated this 18th day of January 2023.

Respectfully Submitted,

**BACKUS | BURDEN**

By:     /s/ Jack P. Burden
Jack P. Burden, Esq.
Jacquelyn Franco, Esq.
3050 South Durango Drive
Las Vegas, NV 89117
*Attorneys for Defendant Albertson's LLC*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:    1-18-2023

# **CERTIFICATE OF SERVICE**

I am a resident of and employed in Clark County, Nevada. I am over the age of 18 years and not a party to the within action. My business address is: 3050 South Durango Drive, Las Vegas, Nevada, 89117.

On ___Jan. 18___, 2023, I served this document on the parties listed on the attached service list via one or more of the methods of service described below as indicated next to the name of the served individual or entity by a checked box:

**VIA U.S. MAIL:** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada. I am "readily familiar" with the firm's practice of collection and processing correspondence by mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage fully prepaid at Las Vegas, Nevada in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

**VIA FACSIMILE:** by transmitting to a facsimile machine maintained by the attorney or the party who has filed a written consent for such manner of service.

**BY PERSONAL SERVICE:** by personally hand-delivering or causing to be hand delivered by such designated individual whose particular duties include delivery of such on behalf of the firm, addressed to the individual(s) listed, signed by such individual or his/her representative accepting on his/her behalf. A receipt of copy signed and dated by such an individual confirming delivery of the document will be maintained with the document and is attached.

**BY E-MAIL:** by transmitting a copy of the document in the format to be used for attachments to the electronic-mail address designated by the attorney or the party who has filed a written consent for such manner of service.

**BY ELECTRONIC MEANS:** by electronically filing and serving with the court's vendor.

I declare that under penalty of perjury under the laws of the State of Nevada that the above is true and correct. I further declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

                                            /s/   Anne Raymundo
                                            An employee of **BACKUS | BURDEN**

## SERVICE LIST

| ATTORNEYS OF RECORD | PARTIES REPRESENTED | METHOD OF SERVICE |
|---|---|---|
| Kevin R. Hansen, Esq.<br>Amanda Harmon, Esq.<br>**LAW OFFICES OF KEVIN R. HANSEN**<br>S. Rainbow Blvd., Ste. C-106<br>Las Vegas, Nevada 89146<br>kevin@kevinrhansen.com<br>Tel (702) 478-7777<br>Fax (702) 728-2484<br>kevin@kevinrhansen.com<br>amandah@kevinrhansen.com | Plaintiff | ☐ Personal service<br>☐ Email service<br>☐ Fax service<br>☐ Mail service<br>☒ CM/ECF System |
| CHARLIE H. LUH, ESQ.<br>Nevada State Bar No. 6726<br>D. JASON FERRIS, ESQ.<br>Nevada State Bar No. 7698<br>LUH & ASSOCIATES<br>8987 W. Flamingo Road, Suite 100<br>Las Vegas, Nevada 89147<br>(702) 367-8899<br>(702) 384-8899 (FAX)<br>cluh@luhlaw.com; jferris@luhlaw.com<br>pmiller@luhlaw.com | Defendant/Third-Party Plaintiff Superior Electrical, Mechanical And Plumbing, Inc | ☐ Personal service<br>☐ Email service<br>☐ Fax service<br>☐ Mail service<br>☒ CM/ECF System |