1  Jack P. Burden, Esq.
   Nevada State Bar No. 6918
2  Jacquelyn Franco, Esq.
   Nevada State Bar No. 13484
3  Dallin Knecht, Esq.
   Nevada State Bar No. 16263
4  **BACKUS | BURDEN**
5  3050 South Durango Drive
   Las Vegas, NV 89117
6  (702) 872-5555
   (702) 872-5545
7  jburden@backuslaw.com
8  dallinknecht@backuslaw.com
   Attorneys for Defendant,
9  *Albertson's LLC*

10              **UNITED STATES DISTRICT COURT**

11                     **DISTRICT OF NEVADA**

12

| | |
|---|---|
| SHARON PEPLOWSKI, an individual, | **Case No.    2:21-cv-01990-ART-VCF** |
| Plaintiff, | |
| vs. | |
| | **STIPULATION AND ORDER TO CONTINUE DEADLINE FOR ~~PROPOSED~~ JOINT PRETRIAL ORDER FOR 14 DAYS** |
| ALBERTSON'S LLC, a Foreign Limited Liability Company, d/b/a ALBERTSON'S #93, BOULDER INVESTCO, LLC, a Foreign Limited Liability Company, SUPERIOR ELECTRICAL, MECHANICAL AND PLUMBING, INC., a Foreign Corporation, DOE EMPLOYEES I through X, and ROE BUSINESS ENTITIES I through X inclusive | |
| Defendants. | |

Plaintiff SHARON PEPLOWSKI ("*Plaintiff*"), by and through her counsel of record, Kevin R. Hansen, Esq. and Amanda A. Harmon, Esq. of the LAW OFFICES OF KEVIN R. HANSEN, and Defendants Albertson's LLC ("*Albertson's*"), by and through its attorneys of record, Jack P. Burden, Esq. and Dallin Knecht, Esq. of the law firm of BACKUS | BURDEN, and Defendant Superior Electrical Mechanical & Plumbing, Inc., by and through its attorney of record, D. Jason

Ferris, Esq., of the law firm LUH & ASSOCIATES, hereby stipulate and agree to an extension of the deadline to file the Proposed Joint Pretrial Order by fourteen (14) days.

The Proposed Joint Pretrial Order is currently due to the Court by June 20, 2023. The Parties anticipate potential resolution of this case prior to trial. The requested extension will allow the parties sufficient time to engage in discussions regarding resolution and/or prepare the Joint Pretrial Order.

Pursuant to LR IA 6-1(a), the Parties hereby aver that this is the first extension requested as it relates to the Joint Pretrial Order. Moreover, pursuant to Local Rule 26-3, it is respectfully submitted by the Parties' that good cause exists for an extension of this deadline, as mentioned above. Further, failure to request the instant extension prior to the filing deadline was the result of excusable neglect; specifically noting the failure to request the extension at an earlier date was a mere oversight by the Parties. *See Bateman v. U.S. Postal Service*, 231 F.3d 1220 (9th Cir. 2000). Further: 1) there is no danger of prejudice as the extension is stipulated by the Parties; 2) a thirty (30) day extension will not impact a trial date because the same has not been scheduled; 3) the Parties are hopeful to attend a settlement conference prior to trial; and 4) the requested extension is made in good faith by the Parties. *Pioneer Investment Services v. Brunswick Associate's, Ltd.*, 507 U.S. 380, 395 (1993).

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

2

As such, the Parties stipulate and agree to jointly ask the Court to extend the deadline to submit the Proposed Joint Pretrial Order by 14 days to July 4, 2023.

**IT IS SO STIPULATED.**

DATED: this 20th day of June, 2023.	DATED: this 20th day of June, 2023.

**LAW OFFICES OF KEVIN R. HANSEN**	**BACKUS | BURDEN**

By: /s/___Kevin R. Hansen____	By: /s/____Dallin Knecht_____
Kevin R. Hansen, Esq.	Jack P. Burden, Esq.
Nevada Bar No. 6336	Nevada Bar No. 6918
Amanda A. Harmon, Esq.	Dallin Knecht, Esq.
Nevada Bar No. 15930	Nevada State Bar No. 16263
2625 S. Rainbow Blvd. St. C-106	3050 South Durango Drive
Las Vegas, NV 89146	Las Vegas, NV 89117
*Attorneys for Plaintiff*	*Attorneys for Defendant*
*Sharon Peplowski*	*Albertson's LLC*

DATED: this 20th day of June, 2023
**LUH & ASSOCIATES**

By: /s/_____D. Jason Ferris_____

D. Jason Ferris, Esq.
Nevada State Bar No. 7698
8987 W. Flamingo Road, Suite 100
Las Vegas, Nevada 89147
(702) 367-8899
*Attorneys for Defendant/Third-Party Defendant*
*Superior, Electrical, Mechanical & Plumbing, Inc.*

## ORDER

IT IS HEREBY ORDERED THAT THE PARTIES SHALL SUBMIT THE PROPOSED JOINT PRETRIAL ORDER BY JULY 4, 2023.

**IT IS SO ORDERED.**

DATED THIS __21st__ DAY OF JUNE 2023

_____
UNITED STATES MAGISTRATE JUDGE