# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

SHARON PEPLOWSKI, an individual,

    Plaintiff(s),

v.

ALBERTSON'S LLC, a Foreign Limited Liability Company, d/b/a ALBERTSON'S #93, BOULDER INVESTCO, LLC, a Foreign Limited Liability Company, SUPERIOR ELECTRICAL, MECHANICAL AND PLUMBING, INC., a Foreign Corporation, DOE EMPLOYEES I through X, and ROE BUSINESS ENTITIES I through X inclusive,

    Defendant(s).

2:21-cv-01990-ART-VCF

**ORDER**

Before the Court is defendant Albertson's LLC's motion to strike defendant Superior Electrical, Mechanical & Plumbing, Inc.'s rebuttal expert designation and report of eric Elison, P.E. (ECF No. 64).

Accordingly,

IT IS HEREBY ORDERED that an in-person hearing on defendant Albertson's LLC's motion to strike defendant Superior Electrical, Mechanical & Plumbing, Inc.'s rebuttal expert designation and report of eric Elison, P.E. (ECF No. 64), is scheduled for 10:00 AM, July 11, 2023, in Courtroom 3C.

DATED this 28th day of June 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE