# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Sharon Peplowski, <br><br>  Plaintiff(s), <br><br> v. <br><br> 99 Cents Only Stores LLC, et al., <br><br>  Defendant(s). | 2:21-cv-01990-ART-VCF <br> **ORDER** |

Before the court is Albertson's LLC's and Boulder Investco, LLC's motion for determination of good faith settlement (ECF No. 89).

Accordingly,

IT IS HEREBY ORDERED that any opposition must be filed and served on or before November 3, 2023.  No reply necessarily.

IT IS FURTHER ORDERED that an in-person hearing on Albertson's LLC's and Boulder Investco, LLC's motion for determination of good faith settlement (ECF No. 89), is SCHEDULED for 3:00 PM, November 9, 2023, in Courtroom 3D.

DATED this 27th day of October 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1