# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHARON PEPLOWSKI, an individual,<br><br>Plaintiff(s),<br><br>v.<br><br>99 CENTS ONLY STORES LLC, a Foreign Corporation, d/b/a 99 CENTS ONLY STORE #404, WINKLER PROPERTIES, LP, a Foreign Limited Partnership, ALBERTSON'S LLC, a Foreign Limited Liability Company, d/b/a ALBERTSON'S #93, BOULDER INVESTCO, LLC, a Foreign Limited Liability Company, MEDO LAC LABORATORIES, a Foreign Public Benefit Corporation, SUPERIOR ELECTRICAL, MECHANICAL AND PLUMBING, INC., a Foreign Corporation, DOE EMPLOYEES I through X, and ROE BUSINESS ENTITIES I through X inclusive,<br><br>Defendant(s). | 2:21-cv-01990-ART-VCF<br><br>**ORDER** |

    Third Party Defendant Preferred Electric has filed an objection (ECF No. 98) to my order (ECF No. 96) granting Albertson's and Boulder Invesco's motion for determination of good faith settlement (ECF No. 89).

    Good Cause appearing,

    IT IS HEREBY ORDERED that the continued settlement conference scheduled for November 21, 2023, (ECF No. 86) is VACATED.

    DATED this 16th day of November 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE