CHARLIE H. LUH, ESQ.
Nevada State Bar No. 6726
D. JASON FERRIS, ESQ.
Nevada State Bar No. 7698
LUH & ASSOCIATES
8987 W. Flamingo Road, Suite 100
Las Vegas, Nevada 89147
(702) 367-8899
(702) 384-8899 (FAX)
Attorneys for Defendant/Third-Party Defendant
SUPERIOR ELECTRICAL, MECHANICAL AND PLUMBING, INC.

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| SHARON PEPLOWSKI, an individual,<br><br>          Plaintiff,<br>   vs.<br><br>99 CENTS ONLY STORES LLC, a Foreign Corporation, d/b/a 99 CENTS ONLY STORE #404, WINKLER PROPERTIES, LP, a Foreign Limited Partnership, ALBERTSON'S LLC, a Foreign Limited Liability Company, d/b/a ALBERTSON'S #93, BOULDER INVESTCO, LLC, a Foreign Limited Liability Company, MEDOLAC LABORATORIES, a Foreign Public Benefit Corporation, SUPERIOR ELECTRICAL, MECHANICAL AND PLUMBING, INC., a Foreign Corporation, DOE EMPLOYEES I through X, and ROE BUSINESS ENTITIES I through X inclusive<br><br>          Defendant. | CASE NO.  2:21-CV-01990-ART-VCF<br><br><br>**STIPULATION AND ORDER TO CONTINUE DEADLINE TO FILE RESPONSE TO THIRD-PARTY DEFENDANT PREFERRED ELECTRIC, LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| ALBERTSON'S LLC<br><br>          Third-Party Plaintiff,<br>   vs.<br><br>SUPERIOR ELECTRICAL, MECHANICAL AND PLUMBING, INC. | |

Third-Party Defendant.

AND ALL RELATED MATTERS

**STIPULATION TO CONTINUE DEADLINE TO FILE RESPONSE TO THIRD-PARTY DEFENDANT PREFERRED ELECTRIC, LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Third-Party Defendant Preferred Electric, LLC ("Preferred"), by and through its counsel of record, the law firm of Winner & Booze, Ltd, and Defendant/Third-Party Plaintiff Superior Electrical, Mechanical and Plumbing, Inc. ("Superior"), by and through its attorneys, the law office of Luh & Associates, hereby stipulate and agree to extend the deadline to file a Response to Preferred's Motion for Partial Summary Judgment (Doc. 111) for a period of ten (10) days.

Superior's Response is currently due on June 7, 2024. This extension is being sought because of the need for additional time to respond to the Motion. Based upon a recent conversation between the parties, there are various issues pending in the case that need to be resolved before Superior files its Response. The Parties mutually agreed to extend the Response deadline to June 17, 2024. The parties agree that this brief extension does not prejudice any of their clients nor will it delay the proceedings. As such, the parties agree there is good cause for this extension.

DATED this 6th day of June, 2024

/s/ D. Jason Ferris Esq.

_____
CHARLIE H. LUH, ESQ.
Nevada State Bar No. 6726
D. JASON FERRIS, ESQ.
Nevada State Bar No. 7698
LUH & ASSOCIATES
8987 W. Flamingo Road, Suite 100
Las Vegas, Nevada 89147
(702) 367-8899
Attorneys for Defendant/Third-Party Defendant
SUPERIOR ELECTRICAL, MECHANICAL AND PLUMBING, INC.

DATED this 6th day of June, 2024

/s/Lara L. Miller

_____
LARA L. MILLER
Nevada Bar No. 12618
WINNER & BOOZE
1117 S. Rancho Dr.
Las Vegas, NV 89102
Phone: (702) 243-7000
Attorneys for Third-Party Defendant
PREFERRED ELECTRIC, LLC

## **ORDER**

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the deadline to file a Response to Third-Party Defendant Preferred Electric, LLC's Motion for Summary Judgment (Doc 111) is hereby extended to June 17, 2024.

DATED this 6th day of June, 2024.

_____
UNITED STATES MAGISTRATE JUDGE