**KEVIN R. HANSEN, ESQ**.
Nevada Bar No. 6336
**SEAN M. HOEFFGEN, ESQ.**
Nevada Bar No. 6682
**LAW OFFICES OF KEVIN R. HANSEN**
2625 S. Rainbow Blvd. Suite C-106
Las Vegas, Nevada 89146
Tel: (702) 478-7777
Fax: (702) 728-2484
kevin@kevinrhansen.com
sean@kevinrhansen.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHARON PEPLOWSKI, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>99 CENTS ONLY STORES LLC, a Foreign Corporation, d/b/a 99 CENTS ONLY STORE #404, WINKLER PROPERTIES, LP, a Foreign Limited Partnership, ALBERTSON'S LLC, a Foreign Limited Liability Company, d/b/a ALBERTSON'S #93, SUPERIOR ELECTRICAL, MECHANICAL AND PLUMBING, INC., a Foreign Corporation, DOE EMPLOYEES I through X, and ROE BUSINESS ENTITIES I through X inclusive;<br><br>Defendants.<br><br>AND RELATED MATTERS. | Case No.: 2:21-cv-01990-ART-EJY<br><br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO SUBMIT PRETRIAL ORDER**<br>(Second Request) |

Pursuant to LR IA 6-1 AND LR 26-3, the parties, by and through their respective counsel, respectfully submit this stipulation for extension of time to submit the Pre-Trial Order by a period of thirty (30) days. Counsel for the parties have conferred regarding this matter and agree that

1

such an extension is appropriate and necessary for litigation efficiency.  **The parties herein request an extension of the deadline to submit the Pre-Trail Order by an additional thirty (30) days.**

### 1.   Discovery Completed to Date

Discovery is now closed.  The parties exchanged initial and supplemental disclosures. The parties propounded written discovery in the form of interrogatories, admissions, and requests for production of documents.  The parties engaged in deposition discovery and exchanged initial and rebuttal expert disclosures.

### 2.   Discovery that Remains to be Completed

None.

### 3.   Reasons Why Counsel Requests the Extension to Submit the Pre-Trial Order

The Plaintiff and the Defendant Albertson's have reached a settlement.  The remaining parties are the Plaintiff, SHARON PEPLOWSKI, the Defendant, SUPERIOR ELECTRICAL, MECHANICAL AND PLUMBING, INC., and the Third-Party Defendant PREFERRED ELECTRIC, LLC.  The case is currently scheduled for an in-person Settlement Conference with the U.S. Magistrate Judge Elayna J. Youchah on September 26, 2024, at 9:00 a.m.  The parties are hopeful that the case can be resolved through the settlement conference process.  The parties worked together to create a draft of the Joint Pre-Trial Order.  However, they require additional time to meet and confer and to finalize the document.  The parties have exchanged emails in drafting the Joint Pre-Trial Order.  The parties believe that the additional thirty (30) day extension of the deadline for the Pre-Trial Order is necessary and appropriate based on the foregoing.  The parties also believe good cause is demonstrated by the recited facts and in support of the extension of the instant deadline.

**4.     Proposed Schedule for Completion of Outstanding Discovery**

The parties respectfully propose the following deadlines:

| **Event** | **Current Deadline** | ~~Proposed~~ **Deadline** |
|---|---|---|
| Last day to add parties or amend Pleadings | -- | Closed |
| Initial Expert Disclosures | -- | Closed |
| Rebuttal Expert Disclosures | -- | Closed |
| Close of Discovery | -- | Closed |
| Dispositive Motions Deadline | -- | Closed |
| Pre-Trial Order | September 12, 2024 | October 14, 2024 |

DATED this 11th day of September 2024.               DATED this 11th day of September 2024.

**LAW OFFICES OF KEVIN R HANSEN**                     **LUH & ASSOCIATES**

/s/ Sean M. Hoeffgen, Esq.                            _____
KEVIN R. HANSEN, ESQ.                                 CHARLIE LUH, ESQ.
Nevada Bar No. 6336                                   Nevada Bar No. 6726
SEAN M. HOEFFGEN, ESQ.                                D. JASON FERRIS, ESQ.
Nevada Bar. No. 6682                                  Nevada Bar No. 7698
2625 S. Rainbow Blvd., Suite C-106                    8987 W. Flamingo Road, Suite 100
Las Vegas, NV 89146                                   Las Vegas, NV 89147
*Attorneys for Plaintiff Sharon Peplowski*            *Attorneys for Defendant Superior Electrical, Mechanical & Plubming, Inc.*

////

////

////

////

////

////

////

**LAW OFFICES OF KEVIN R. HANSEN**
2625 S. Rainbow Blvd. Suite C-106
Las Vegas NV 89146
Tel (702) 478-7777 Fax (702) 728-2484

3

**LAW OFFICES OF KEVIN R. HANSEN**
2625 S. Rainbow Blvd. Suite C-106
Las Vegas NV 89146
Tel (702) 478-7777 Fax (702) 728-2484

DATED this 11th day of September 2024.

**BACKUS, CARRANZA & BURDEN**

*/s/ Jack P. Burden, Esq.*
JACK P. BURDEN, ESQ.
Nevada Bar No. 6918
JEREMY R. ROBINS, ESQ.
Nevada Bar No. 11701
3050 South Durango Drive
Las Vegas, Nevada 89117
*Attorneys for Defendant Albertson's LLC*

DATED this 11th day of September 2024.

**WINNER & BOOZE**

*/s/ Lara L. Miller Esq.*
LARA L. MILLER, ESQ.
Nevada Bar No. 12618
1117 S. Rancho Dr.
Las Vegas, NV 89102
*Attorneys for Third-Party Defendant Preferred Electric, Inc.*

**IT IS SO ORDERED** this 11th day of September, 2024.

_____
UNITED STATES MAGISTRATE JUDGE

4