UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHARON PEPLOWSKI, an individual, | Case No. 2:21-cv-01990-ART-EJY |
| Plaintiff, | **ORDER GRANTING** |
| vs. | **STIPULATION AND ORDER RE: ALBERTSON'S LLC'S DISMISSAL WITH PREJUDICE THIRD-PARTY CLAIMS AGAINST SUPERIOR ELECTRICAL MECHANICAL AND PLUMBING, INC.** |
| 99 CENTS ONLY STORES LLC, a Foreign Corporation, d/b/a 99 CENTS ONLY STORE #404, WINKLER PROPERTIES, LP, a Foreign Limited Partnership, ALBERTSON'S LLC, a Foreign Limited Liability Company, d/b/a ALBERTSON'S #93, BOULDER INVESTCO, LLC, a Foreign Limited Liability Company, MEDOLAC LABORATORIES, a Foreign Public Benefit Corporation, SUPERIOR ELECTRICAL, MECHANICAL AND PLUMBING, INC., a Foreign Corporation, DOE EMPLOYEES I through X, and ROE BUSINESS ENTITIES I through X inclusive | |
| Defendants. | |
| ALBERTSON'S LLC, | |
| Third-Party Plaintiff, | |
| vs. | |
| SUPERIOR ELECTRICAL, MECHANICAL AND PLUMBING, INC. | |
| Third-Party Defendant. | |
| AND ALL RELATED MATTERS | |

# STIPULATION AND ORDER RE: ALBERTSON'S LLC'S DISMISSAL WITH PREJUDICE THIRD-PARTY CLAIMS AGAINST SUPERIOR ELECTRICAL MECHANICAL AND PLUMBING, INC

Third-Party Plaintiff ALBERTSON'S LLC, by and through its counsel of record Jack P. Burden, Esq. of BACKUS | BURDEN and Third-Party Defendant SUPERIOR ELECTRICAL, MECHANICAL AND PLUMBING, INC., by and through its counsel of record Charlie Luh, Esq. of LUH & ASSOCIATES hereby stipulate to dismiss all claims that have been brought and/or could have been brought in the above titled litigation *with* prejudice as to ALBERTSON'S LLC and Dismissal With Prejudice re Third-Pary Claims' against Superior Electrical Mechanical and Plumbing, Inc.. **ONLY**

Third-Party Plaintiff and Third-Party Defendant hereby further stipulate and agree that each party shall bear its own attorneys' fees and costs.

This stipulation is entered into in good faith, in the interests of judicial economy and not for the purpose of delay.

Dated this 18th day of September, 2024
**LUH & ASSOCIATES**

By: /s/
Charlie Luh, Esq.
Nevada Bar No. 6726
D. Jason Ferris, Esq.
Nevada Bar No. 7968
8987 W. Flamingo Rd. 100
Las Vegas, NV 89146
*Attorneys for Third-Party Defendant Superior Electrical, Mechanical and Plumbing, Inc*

Dated this ____ day of September, 2024
**BACKUS | BURDEN**

By: /s/
Jack P. Burden, Esq
Nevada State Bar. 6918
3050 S. Durango
Las Vegas, Nevada 89117
*Attorneys for Third-Party Plaintiff Albertson's LLC*

2

Case No.     2:21-cv-01990-ART-EJY

DATED: SEPTEMBER 18, 2024

LAW OFFICES OF KEVIN R. HANSEN

By: /s/ SEAN HOEFFGEN
Kevin R. Hansen, Esq.
Sean Hoeffgen, Esq.
LAW OFFICES OF KEVIN R. HANSEN
S. Rainbow Blvd., Ste. C-106
Las Vegas, Nevada 89146
kevin@kevinrhansen.com
Tel (702) 478-7777 - Fax (702) 728-2484
kevin@kevinrhansen.com
Attorneys for Plaintiff

DATED: SEPTEMBER 18, 2024

WINNER & BOOZE

By: /s/ LARA L. MILLER
LARA L. MILLER (SBN 12618)
1117 S. Rancho Dr.
Las Vegas, NV 89102
Phone: (702) 243-7000
Attorneys for Third-Party Defendant
Preferred Electric, Inc

## ORDER - 2:21-cv-01990-ART-VCF

**IT IS HEREBY ORDERED** that all third-party claims that have been brought and/or could have been brought by Third-Party Plaintiff ALBERTSON'S LLC against SUPERIOR ELECTRICAL MECHANICAL AND PLUMBING, INC. in the above-titled litigation are DISMISSED *WITH* PREJUDICE. Each party to this dismissal is to bear their own respective attorney's fees and costs incurred herein.

**IT IS SO ORDERED.**

Anne R. Traum
United States District Judge

DATED: September 26, 2024